1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| LAURA SANCHEZ, *an individual;* | CASE NO.: 2:14-cv-07119-BRO-JEM |
|---|---|
| Plaintiffs, | **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, NA.; CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1 through 20, Inclusive, | [*Assigned to the Hon. Beverly Reid O'Connell*] |
| Defendants. | |

On November 21, 2014, the Court entered an Order granting the Motion to Dismiss First Amended Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo"), dismissing the First Amended Complaint, in its entirety, with prejudice.

/ / /
/ / /
/ / /
/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The First Amended Complaint is dismissed, as to all parties and all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and;

3. Plaintiff Laura Sanchez shall recover nothing in this action from defendant WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated:  December 2, 2014     _____
                                                    HONORABLE BEVERLY REID O'CONNELL
                                                    UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically  Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Stuart Simone, Esq.
Ashlie Fox, Esq.
GOMEZ & SIMONE PC
450 N. Brand Blvd., Suite 600
Glendale, CA 91203

Email: ssimone@gomezsimonelaw.com

Tel:  818-937-4952 / Fax: 818-574-6730

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on November 26, 2014.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/BR1417/01036557-1

CASE NO. 2:14-CV-00123 BRO (PLAX)
CERTIFICATE OF SERVICE